**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

**No. 35 EAP 2011.**

Supreme Court of Pennsylvania.

June 9, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 9th day of June, 2012, the above captioned appeal is quashed for failure to file Appellant's brief.

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Gordon Charles WILLIAMS,
Petitioner.**

**No. 601 MAL 2011.**

Supreme Court of Pennsylvania.

June 13, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of June, 2012, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Whether a Defendant has a right to present informed expert testimony to rebut the Commonwealth's evidence in support of its motion pursuant to 42 Pa.C.S.A. § 5985 to allow a child witness to testify in a room separate from courtroom proceedings?

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Kevin James FOLEY, Petitioner.**

Supreme Court of Pennsylvania.

June 29, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of June, 2012, as the December 28, 2011 memorandum opinion and order of the Superior Court, which is the subject of the instant petition for allowance of appeal, was withdrawn following the Superior Court's granting of the Commonwealth's motion to publish, the petition is **DISMISSED.** Within 30 days of the date of this Order, Petitioner may file a petition for allowance of appeal from the now-published February 15, 2012 opinion and order of the Superior Court.